Sean K. Claggett, Esq.
Nevada Bar No. 008407
William T. Sykes, Esq.
Nevada Bar No. 009916
CLAGGETT & SYKES
8751 W. Charleston Blvd. Ste. 220
Las Vegas, Nevada 89117
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
wsykes@claggettlaw.com

*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TOSO, an Individual, | )<br>) |
| Plaintiff, | ) CASE NO.: 2:11-cv-01282-GMN-RJJ<br>) |
| v. | ) **STIPULATION AND ORDER**<br>) **TO DISMISS WITH PREJUDICE** |
| HEALTH PLAN OF NEVADA, INC., a Nevada Corporation; DOES I-X, and ROE COMPANIES I-X, | )<br>)<br>) |
| Defendants. | ) |

COMES NOW, Plaintiff, JENNIFER TOSO, by and through her counsel of record, Sean K. Claggett, Esq., and William T. Sykes, Esq., of CLAGGETT & SYKES; and Defendant, HEALTH PLAN OF NEVADA, INC., a Nevada Corporation, by and through its counsel of record, Bryce C. Loveland, Esq., and hereby stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that the above-captioned action, and any claims contained therein, be DISMISSED WITH PREJUDICE, pursuant to the terms of this stipulation, with each party to bear its own attorney fees and costs.

DATED this 20 day of Jan, 2012.          DATED this 20th day of January, 2012.

CLAGGETT & SYKES                          BROWNSTEIN HYATT FARBER
                                          SCHRECK, LLP

_____           _____
Sean K. Claggett, Esq.                    Bryce C. Loveland, Esq.
Nevada Bar No. 008407                     Nevada Bar No. 010132
William T. Sykes, Esq.                    100 North City Parkway, Suite 1600
Nevada Bar No. 009916                     Las Vegas, Nevada 89106
8751 W. Charleston Blvd., Ste. 220        *Attorneys for Defendant*
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

### ORDER

The parties, have stipulated to dismiss the above-captioned action without prejudice, subject to the terms set forth in the stipulation above, and good cause appearing therefor:

IT IS HEREBY ORDERED that the above-captioned action, and any claims contained therein, be DISMISSED WITH PREJUDICE, pursuant to the terms of this stipulation, with each party to bear its own attorney fees and costs.

**DATED** this 24th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

CLAGGETT & SYKES

_____
Sean K. Claggett, Esq.
Nevada Bar No. 008407
William T. Sykes, Esq.
Nevada Bar No. 009916
8751 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*